**NEVAREZ LAW FIRM, P.C.,**
**Plaintiff-Appellant**

Michael R. Nevarez Intervenor

v.

**J. L. R., A Minor; Jose Luis Rojas, also known as Jose Rojas, also known as Jose Rodriguez, also known as Jose Luis Rodriguez, also known as Jose L. Rojas; Artemio Jayme; Viviana Jayme; Marco Aurelio Jayme; M. J., A Minor; G. J., A Minor; Tatiana Jayme, Defendants-Appellees**

No. 17-50343
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Filed October 24, 2017

Michael R. Nevarez, Nevarez Law Firm, P.C., El Paso, TX, for Plaintiff-Appellant

Michael R. Nevarez, Nevarez Law Firm, P.C., El Paso, TX, for Intervenor

Michael J. Zimprich, El Paso, TX, for Defendants-Appellees

Before HIGGINBOTHAM, JONES, and SMITH, Circuit Judges.

published and is not precedent except under

PER CURIAM: *

The court has carefully considered this appeal in light of the briefs, oral argument, and pertinent portions of the record. Having done so, we find no error of law or reversible error of fact. The district court's judgment is **AFFIRMED** for essentially the same reasons articulated by that court.

Motion to supplement the record **DENIED**.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.